# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Maximilliano Galvan,<br><br>Defendant. | No. 20-04936MJ-001-TUC-BGM<br><br>**ORDER** |

The Court has been advised that Defendant has been taken into custody and charged with a death-eligible offense. The Federal Public Defender has requested the appointment of counsel learned in the law applicable to capital cases to protect Defendant's constitutional rights prior to the formal appointment of counsel to take place at his initial appearance scheduled for Monday, August 31, 2020. Pursuant to 18 U.S.C. §§ 3005 and 3599, and upon recommendation from the Federal Public Defender for the District of Arizona,

**IT IS HEREBY ORDERED** appointing Eric Rau and Victoria Brambl (learned counsel), Assistant Federal Public Defenders, as attorneys of record for consultation purposes only.

Dated this 28th day of August, 2020.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge